**Kenneth JOHNSON, Petitioner–
Appellant,**

v.

**Ronald J. ANGELONE, Respondent–
Appellee.**

No. 02–6140.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Kenneth Johnson, Appellant Pro Se.
Linwood Theodore Wells, Jr., Assistant
Attorney General, Richmond, Virginia, for
Appellee.

Before WILLIAMS and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Kenneth Johnson seeks to appeal the
district court's order denying relief on his
petition filed under 28 U.S.C.A. § 2254
(West 1994 & Supp.2001). We have re-
viewed the record and the district court's
opinion and find no reversible error. Ac-
cordingly, we deny a certificate of appeala-
bility and dismiss the appeal on the rea-
soning of the district court. *Johnson v.
Angelone*, No. CA–01–659 (W.D.Va. Jan. 7,
2002). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*